IH-32  Rev: 2014-1

# United States District Court
для the
## Southern District of New York
### Related Case Statement

---

**Full Caption of Later Filed Case:**

Torus Capital, LLC

| Plaintiff | Case Number |
|---|---|
| vs. | 16-cv-5437 |
| Bank of Nova Scotia, New York Agency, et al. | |
| Defendant | |

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

In re: Treasury Securities Auction Antitrust Litigation

| Plaintiff | Case Number |
|---|---|
| vs. | 15-md-2673 (PGG) |
| | |
| Defendant | |

Status of Earlier Filed Case:

☐ Closed   (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

✔ Open     (If so, set forth procedural status and summarize any court rulings.)

43 previously-filed cases (15-cv-5794, 15-cv-5807, 15-cv-5830, 15-cv-5843, 15-cv-5931, 15-cv-5939, 15-cv-5957, 15-cv-6003, 15-cv-6072, 15-cv-6129, 15-cv-6139, 15-cv-6474, 15-cv-6782, 15-cv-6853, 15-cv-6892, 15-cv-7006, 15-cv-7111, 15-cv-7325, 15-cv-7329, 15-cv-7385, 15-cv-7390, 15-cv-7420, 15-cv-7481, 15-cv-7642, 15-cv-7688, 15-cv-7735, 15-cv-7855, 15-cv-8149, 15-cv-8287, 15-cv-8484, 15-cv-8766, 15-cv-9169, 15-cv-9803, 15-cv-9968, 15-cv-9975, 15-cv-10116, 15-cv-10117, 15-cv-10118, 16-cv-5, 16-cv-30, 16-cv-180, 16-cv-1177, 16-cv-3449) have been centralized and consolidated before Judge Gardephe following JPML proceedings. The first-filed case is 15-cv-5794. The Lead Case is 15-md-2673.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The newly-filed case is related to the cases listed above (which have been consolidated by Judge Gardephe) because it arises out of the same conduct by many of the same Defendants, and asserts similar class action claims under the same federal statutes (the Sherman and Commodity Exchange Acts) as the previously-filed, consolidated cases.

Signature:  /s/ Daniel L. Brockett                                   Date: 7/7/16

Firm: Quinn Emanuel Urquhart & Sullivan, LLP